## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**BUILDING TRADES UNITED PENSION TRUST FUND;
NACARCI FEASTER;
PLUMBERS LOCAL 75 HEALTH FUND;
PLUMBERS UNION LOCAL 75 APPRENTICESHIP
TRAINING FUND; PLUMBERS LOCAL 75
ORGANIZATION AND MARKET RECOVERY FUND;
PLUMBERS LOCAL 75 INDUSTRY ADVANCEMENT
FUND; and JOHN M. BRENNAN,**

           **Plaintiffs,**

   **v.**                                            **Case No. 06-C-1115**

**JM PLUMBING, INC.,**

           **Defendant.**

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1.    Defendant JM Plumbing, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    JM Plumbing, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and

the effective collective bargaining agreement by failing to pay fringe benefit contributions, interest and liquidated damages on behalf of its employees to the Plaintiff Funds.

3. The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $20,741.36 for contributions, interest and liquidated damages for the unaudited period July 1, 2004, through August 31, 2004, audited period October 27, 2004, through December 27, 2004, audited period December 27, 2004, through May 24, 2005, as well as attorneys fees and costs incurred in their prosecution of this matter.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, and Nacarci Feaster, Plumbers Local 75 Health Fund, Plumbers Union Local 75 Apprenticeship Training Fund, Plumbers Union Local 75 Organization and Market Recovery Fund, Plumbers Local 75 Industry Advancement Fund, and John M. Brennan, and against Defendant JM Plumbing, Inc. in the amount of $20,741.36 together with interest at the rate allowed by law.

Dated at Milwaukee, Wisconsin, this 22nd day of December, 2006.

        **BY THE COURT:**

        **s/Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**

-2-
Case 2:06-cv-01115-RTR   Filed 12/22/06   Page 2 of 2   Document 13